JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN FIGUEROA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | Case No: CV12-06342 DMG(JCGx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [20]** |

In accordance with the parties' stipulation that this matter has been resolved in its entirety, and good cause appearing therefor, the Court hereby orders that the above-entitled action is dismissed in its entirety with prejudice. Each side shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: March 6, 2013

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

1
ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE